UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **GREENBRIER HOTEL CORPORATION,** et al.<br><br>**Plaintiffs,**<br><br>v.<br><br>**ACE AMERICAN INSURANCE COMPANY (CHUBB), et al.**<br><br>**Defendants.** | Case No. 2:19-cv-00118<br><br>**NOTICE OF DISMISSAL OF DEFENDANT ACE BERMUDA INSURANCE LTD. (CHUBB) WITHOUT PREJUDICE** |

Plaintiffs, by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismiss, *without prejudice*, any and all claims asserted by Plaintiffs against Defendant Ace Bermuda Insurance Ltd. (Chubb) and hereby also therefore dismiss this Complaint, *without prejudice*, only as to Defendant Ace Bermuda.

    Respectfully submitted,

    /s/Michael W. Carey
    MICHAEL W. CAREY, WVSB No. 635
    JOHN A. KESSLER, WVSB No. 2027
    CAREY, SCOTT, DOUGLAS & KESSLER, PLLC
    901 Chase Tower, 706 Virginia Street, East (25301)
    P.O. Box 913
    Charleston, West Virginia 25323
    Telephone:  (304) 345-1234
    Facsimile:   (304) 342-1105
    mwcarey@csdlawfirm.com
    jkessler@csdlawfirm.com

    and

RICHARD A. GETTY
(Admitted *Pro Hac Vice*)
  and
DANIELLE HARLAN
(Admitted *Pro Hac Vice*)

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909
rgetty@gettylawgroup.com
dharlan@gettylawgroup.com

and

LAURENCE J. ZIELKE
(*Pro Hac Vice* Admission pending)
  and
JANICE THERIOT
(*Pro Hac Vice* Admission pending)

ZIELKE LAW FIRM, PLLC
462 S. 4th St.
Suite 1250
Louisville, Kentucky 40202
Telephone: (502) 589-4600
lzielke@zielkefirm.com
jtheriot@zielkefirm.com

COUNSEL FOR PLAINTIFFS, GREENBRIER HOTEL CORPORATION, THE GREENBRIER SPORTING CLUB, INC., GREENBRIER SPORTING CLUB DEVELOPMENT COMPANY, INC., OLD WHITE CHARITIES, INC., OAKHURST CLUB LLC, GREENBRIER GOLF AND TENNIS CLUB CORPORATION, JUSTICE FAMILY GROUP, LLC, THE CHESAPEAKE & OHIO TRAVELER, INC., THE GREENBRIER RESORT & CLUB MANAGEMENT CO., GREENBRIER IA, INC., OLD WHITE CLUB CORPORATION, AND GREENBRIER MEDICAL INSTITUTE, LLC

dhbpld2146