IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

GREENBRIER HOTEL CORPORATION, et al.,

        Plaintiffs,

v.                                CIVIL ACTION NO.   2:19-cv-00118

ACE AMERICAN INSURANCE COMPANY (CHUBB), et al.,

        Defendants.

**ORDER**

The docket in this action reflects that service has not been obtained upon the defendants within 90 days of filing of the complaint as required by *Fed. R. Civ. P.* 4(m).  Accordingly, the court **ORDERS** the plaintiffs to demonstrate good cause for not serving the defendants with process.   Failure to respond to this notice within ten days or an insufficient showing of good cause will result in dismissal without prejudice of this case against the defendants.

The court **DIRECTS** the Clerk to send of copy of this Order to counsel of record and any unrepresented party.

        ENTER:   May 21, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE