# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

GREENBRIER HOTEL CORPORATION, et al.,

    Plaintiffs,

v.                  CIVIL ACTION NO. 2:19-cv-00118

ACE AMERICAN INSURANCE COMPANY (CHUBB), et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order filed contemporaneously with this Judgment Order, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED without prejudice** and retired from the docket of the court.

The court **DIRECTS** the Clerk to send a copy of this Judgment Order to counsel of record and any unrepresented party.

        ENTER:    June 3, 2019

        _____
        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE